BEFORE THE THIRD DIVISION, DECEMBER 11, 1958

**No. 62576.**—Seaboard Liquor Co. *v.* United States, protests 123993–K, 124018–K, and 125945–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 62577.**—Asche-Bandor Corp. et al. *v.* United States, protests 205008–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 62578.**—J. J. Boll and Grossman Electric & Radio Co. *v.* United States, protest 259314–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57879, the claim of the plaintiffs was sustained.

**No. 62579.**—Davies, Turner & Co. and California Radio & Electronics Co. *v.* United States, protest 296896–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of resistors similar in all material respects to those the subject of Abstract 57879, the claim of the plaintiffs was sustained.

**No. 62580.**—A. N. Deringer, Inc. *v.* United States, protests 287130–K, etc. (Ogdensburg).